April 23, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

FRANK HUDSON, Appellant

NO. 14-14-00073-CV                                V.

LUTHER FOREST, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Luther Forest, signed October 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Frank Hudson to pay all costs incurred in this appeal.

We further order this decision certified below for observance.